The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN DEMOS, JR.,

Petitioner,

v.

ROBERT JACKSON

Respondent.

NO. 26-cv-2007-RSL

ORDER

The Court, having reviewed petitioner's proposed federal habeas petition, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, petitioner's objections thereto, and the remaining record, overrules petitioner's objections, adopts the Report and Recommendation, and directs the Clerk to administratively close this matter.

Petitioner is a state prisoner and a prolific litigant who is under pre-filing bar orders in multiple jurisdictions, including this District, the Eastern District of

Washington, Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See*, *e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993). One of those orders from the Western District of Washington provides for the return without filing of any petition that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-31-JLW (W.D. Wash. Mar. 13, 1997). Having conducted a de novo review of this matter, the Court concludes that petitioner seeks an extraordinary writ under 28 U.S.C § 2254 and has not paid the filing fee. His objections do not establish any basis for declining to enforce the 1997 order.

Accordingly, the Court orders as follows:

(1) The Report and Recommendation is approved and adopted.

(2) The Clerk shall administratively CLOSE this matter pursuant to the Order issued by the Court in *Demos v. Stanley*, MC97-31-JLW (W.D. Wash. Mar. 13, 1997).

(3) The Clerk shall send copies of this Order to petitioner and to Judge Peterson.

DATED this 24th day of September 2026.

Robert S. Lasnik
United States District Judge